**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | | |
|---|---|---|
| *In re*: | : | |
| | : | |
| RONALD COHEN MANAGEMENT COMPANY, | : | Case No.: 14-23399-PM |
| | : | (Chapter 11) |
| Debtor | : | |

| | | |
|---|---|---|
| RONALD COHEN MANAGEMENT COMPANY, | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID T. BUCKINGHAM, *et al.*, | : | |
| | : | |
| Respondents | : | |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon consideration of Debtor's Motion for Relief from Automatic Stay to Allow State Court Appeals to Proceed to Conclusion (Document 25, Filed 09/19/14), the Response of Creditors, David T. Buckingham, Oak Plaza, LLC, Richard Buckingham, Susan Buckingham, TOB, Inc. and Tower Oaks Boulevard to the Debtor's Motion to Lift the Automatic Stay (Document 36, Filed 10/06/14), counsels' arguments at the October 27, 2014 hearing, and all papers and proceedings herein, and it appearing that cause exists to grant, in part, the relief requested by movant, it is hereby

ORDERED, that Debtor's Motion for Relief from Automatic Stay to Allow State Court Appeals to Proceed to Conclusion (Document 25, Filed 09/19/14) be granted, in part, and it is further,

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362 be, and the same hereby is, modified and / or annulled to allow debtor / movant Ronald Cohen Management Company to pursue through the Maryland state appellate courts its appeals of the Montgomery County, Maryland Circuit Court judgment entered against it (Document 25-2, Filed 09/19/14) and order denying the motion to release real property from levy (Document 25-4, Filed 09/19/14), and it is further,

ORDERED, that Debtor's Motion for Relief from Automatic Stay to Allow State Court Appeals to Proceed to Conclusion (Document 25, Filed 09/19/14) be denied, in part, and it is further,

ORDERED, that Debtor's request that the automatic stay be modified "to allow the Third Party Property Appeal to proceed to conclusion in the Maryland appellate courts" be denied because the "Property Owners" (Congressional Village Associates, LLC, 1570 Associates Limited Partnership, and 121 Associates Limited Partnership) are not before the Court and not subject to an automatic stay pursuant to 11 U.S.C. § 362.

cc: Stephen A. Metz, Esquire
    Christopher C. Fogleman, Esquire
    Philip J. McNutt, Esquire
    Lynn A. Kohen, Esquire
    Leander D. Barnhill, Esquire
    Daniel P. Rigterink, Esquire

**End of Order**