**DEBTOR:** Ronald Cohen Management Co     **CASE NUMBER:** 14-23399

OFFICE OF THE UNITED STATES TRUSTEE - DISTRICT OF MARYLAND
MONTHLY OPERATING REPORT
CHAPTER 11 - BUSINESS DEBTORS
Form 2-A
COVER SHEET AND QUESTIONNAIRE

For Period from: 11/01/14 to 11/30/14

**Accounting Method:** x  Accrual Basis    ___ Cash Basis

*THIS REPORT IS DUE 20 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document: Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court.

| Report/Document Attached | Previously Waived | | REQUIRED REPORTS / DOCUMENTS |
|---|---|---|---|
| x | | 1. | Cash Receipts and Disursements Statement (Form 2-B) |
| x | | 2. | Post-petition Taxes and Aging Schedules (Form 2-C) |
| x | | 3. | Disbursements Summary for the Month (Form 2-D) |
| x | | 4. | Income and Disbursement Recap - Case to Date (Form 2-E) |

*Submit the form or attach one generated by company's accounting system*

| | | | |
|---|---|---|---|
| x | | 5. | Balance Sheet (Form 2-F) |
| x | | 6. | Profit and Loss Statement (Form 2-G) |
| x | | 7. | Cash Receipts and Cash Disbursements Detail (Form 2-H1 and 2-H2) |
| x | | 8. | Bank Statements for All Bank Accounts |
| x | | 9. | Bank Statement Reconciliations for all Bank Accounts |

**QUESTIONNAIRE**

Please answer the questions below:

| | | Yes | No |
|---|---|---|---|
| 1. | Is the business still operating? | | x |
| 2. | Were all employees timely paid this month? | n/a | |
| 3. | Are all insurance policies and operating licenses current and in effect? | x | |
| 4. | Did you deposit all receipts into your DIP account this month? | x | |
| 5. | Have all taxes been timely paid (payroll, sales, etc.)? | x | |
| 6. | Are you current on U.S. Trustee quarterly fees payments? | x | |
| 7. | Were any assets (other than inventory) sold this month? | | x |
| 8. | Did you open any new bank accounts this month? | | x |

*I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** 12/09/14     **Print Name:** Eric Siegel
                              **Signature:**
                              **Title:** Vice President

Rev. 2013-05

Case 14-23399    Doc 59    Filed 12/19/14    Page 2 of 10

**DEBTOR:** Ronald Cohen Management Co    **CASE NO:** 14-23399

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**    (See Note A)

For Period: 11/01/14 to 11/30/14

### CASH FLOW SUMMARY

Current Month

1. **Beginning Cash Balance**    $ 3,573.76 (1)

2. Cash Receipts
   - Operations
   - Sale of Assets
   - Loans/advances
   - Other    Capital Contribution
   - Total Cash Receipts    $ 0.00

3. Cash Disbursements
   - Operations
   - Owner / Officer disbursements
   - Debt Service/Secured loan payment    3,050.62
   - Professional fees/U.S. Trustee fees
   - Other
   - Total Cash Disbursements    $ 3,050.62

4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements)    (3,050.62)

5. **Ending Cash Balance (to Form 2-F)**    $ 523.14 (2)

### CASH BALANCE SUMMARY

| | Financial Institution | Book Balance At End of the Month |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account | Eagle Bank | 523.14 |
| DIP Payroll Account | | |
| Other Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 523.14 (2) |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

### NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.
PAGE 2
Rev. 2013-05

DEBTOR: Ronald Cohen Management Co          CASE: 14-23399

**Form 2-C**
For Period: 11/01/14 to 11/30/14

## POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Accrued / Withheld | Payments / Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Tax Withheld:** | | | | |
| Federal | $ | $ | $ | $ 0.00 |
| State | | | | 0.00 |
| Local | | | | 0.00 |
| **FICA Tax Withheld** | | | | 0.00 |
| **Employer's FICA Tax** | | | | 0.00 |
| **Unemployment Tax** | | | | |
| Federal | | | | 0.00 |
| State | | | | 0.00 |
| **Sales, Use & Excise Taxes** | | | | 0.00 |
| **Property Taxes** | | | | 0.00 |
| **Other:** | | | | |
| | | | | 0.00 |
| | | | | 0.00 |
| **TOTALS** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payables |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts in Accounts Receivable** | | |
| **Total Accounts Receivable** | $ 0.00 | |
| **Total Post Petition Accounts Payable** | | $ 0.00 |

* Attach the Total Page of the aging reports for accounts receivable and post-petition accounts payable.

PAGE 3
Rev. 2013-05

**DEBTOR:** Ronald Cohen Management Co     **CASE NO:** 14-23399

### Form 2-D
### DISBURSEMENT SUMMARY
**For the Month Ended:** 11/30/14

| | |
|---|---:|
| Total Disbursements from Operating Account (Note 1) | $ 3,050.62 |
| Total Disbursements from Payroll Account (Note 2) | $ |
| Total Disbursements from any other Account (Note 3) | $ |
| Grand Total | $ 3,050.62 |

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account. Exclude only transfers to the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account. Exclude only transfers to the debtor in possession operating account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, **and amounts paid from the accounts of others on the debtor's behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)**

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

*Interest will be assessed on Chapter 11 quarterly fees not paid by the end of the month following the end of the calander quarter pursuant to 31 U.S.C. Sec. 3717. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time the account becomes past due.*

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** Ronald Cohen Management Co   **Case Number:** 14-23399

**Date Case was filed:** 8/27/2014

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

Year: **2014**

| | Inc | Exp | Net |
|---|---|---|---|
| Jan | | | 0 |
| Feb | | | 0 |
| Mar | | | 0 |
| Apr | | | 0 |
| May | | | 0 |
| Jun | | | 0 |
| Jul | | | 0 |
| Aug | | | 0 |
| Sep | | 3,051 | (3,051) |
| Oct | | 3,376 | (3,376) |
| Nov | | 3,051 | (3,051) |
| Dec | | | 0 |
| TOTAL | 0 | 9,477 | (9,477) |

Year:

| | Inc | Exp | Net |
|---|---|---|---|
| Jan | | | 0 |
| Feb | | | 0 |
| Mar | | | 0 |
| Apr | | | 0 |
| May | | | 0 |
| Jun | | | 0 |
| Jul | | | 0 |
| Aug | | | 0 |
| Sep | | | 0 |
| Oct | | | 0 |
| Nov | | | 0 |
| Dec | | | 0 |
| TOTAL | 0 | 0 | 0 |

**Ronald Cohen Management Co.**
Balance Sheet
For the Month Ended November 30, 2014

| Account Title | Amount | |
|---|---:|---:|
| **Assets** | | |
| RCMC DIP Account | 523 | |
| **Total Assets** | | 523 |
| | | |
| **Liabilities and Owners Equity** | | |
| **Liabilities** | | |
| Accounts Payable | 64,372 | |
| Auto Loan | 51,171 | |
| **Total Liabilities** | | 115,543 |
| | | |
| **Partners Capital** | | |
| Additional Paid-in Capital | 11,830,471 | |
| Retained Earnings | (11,758,334) | |
| **Net Loss** | (187,157) | |
| **Total Partners Capital** | | (115,020) |
| **Total Liabilites & Capital** | | 523 |

**Ronald Cohen Management Co.**
Statement of Profit and Loss
For the Period Ended November 30, 2014

| Account Title | Current Mo Activity |
|---|---:|
| **Income** | |
| Total Income | 0 |
| **Expense** | |
| Eagle Bank | 369 |
| **Total Expense** | **369** |
| **Net Loss** | **(369)** |

# Accounts Payable Check Register
# Using AP Check Records

| Check | Date | Vendor | Name | Amount |
|---|---|---|---|---|
| 00254 | | RCMC - DIP Account | | |
| 4 | 11-20-2014 | eagleB | Eagle Bank | 3,050.62 |
| | | | Report Total | 3,050.62* |



**EagleBank**
7815 Woodmont Avenue, Bethesda, MD 20814
301.986.1800 | Telelbank 1.800.364.8313

Last statement: October 31, 2014
This statement: November 30, 2014
Total days in statement period: 30

```
  7616
RONALD COHEN MANAGEMENT COMPANY
DEBTOR IN POSSESSION
CASE NO 14-23399
1701 ROCKVILLE PIKE SUITE B-20
ROCKVILLE MD 20852-1653
```

Page 1
████5181
( 1 )

Direct inquiries to:
301 986-1800

EagleBank
7815 Woodmont Ave
Bethesda MD 20814

---

*WELCOME VIRGINIA HERITAGE CUSTOMERS! NOW MORE NORTHERN VIRGINIA LOCATIONS WITH FORMER VHB OFFICES IN CHANTILLY, DULLES AND FAIRFAX AND A TOTAL OF 21 BRANCHES IN THE DC METRO AREA----VISIT EAGLEBANKCORP.COM FOR MORE INFORMATION.*

---

## Small Business Checking

| | | | |
|---|---|---|---|
| Account number | ████5181 | Beginning balance | $3,573.76 |
| Enclosures | 1 | Total additions | .00 |
| Low balance | $523.14 | Total subtractions | 3,050.62 |
| Average balance | $2,861.95 | Ending balance | $523.14 |
| Avg collected balance | $2,861 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 4 | 11-24 | 3,050.62 | | | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 3,573.76 | 11-24 | 523.14 | | |



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**EAGLEBANK**

7616
Account: 5181
Period: November 01, 2014 - November 30, 2014
Page: 3 of 3

Ronald Cohen Management Co
DIP Case #14-23399
1701 Rockville Pike, #B-20
Rockville, MD 20852

Acct #

November 20, 2014   Check No. 4   Amount $******3,050.62

Pay: Three thousand fifty dollars and 62 cents

PAY TO THE ORDER OF
Eagle Bank
11951 Tech Rd-Lower Level
Silver Spring, MD 20904

11/24/2014   4   $3,050.62

