Entered: February 11, 2015

Signed: February 10, 2015

**DENIED**
**Moot. Case dismissed.**



**THOMAS J. CATLIOTA**
**U. S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

IN RE:                                                    )
                                                         )
**RONALD COHEN MANAGEMENT**                               )
**COMPANY**                                               )  **Case No. 14-23399-PM**
                                                         )  **(Chapter 11)**
            **Debtor**                                    )
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION FOR ORDER PURSUANT TO SECTION 1121(d)**
**OF THE BANKRUPTCY CODE EXTENDING THE EXCLUSIVE**
**PERIODS DURING WHICH THE DEBTOR MAY FILE A PLAN**
**AND SOLICIT ACCEPTANCES THEREOF**

Upon consideration of the Debtor's Motion for an Order Pursuant to Section 1121(d)

Extending the Exclusive Periods During Which the Debtor May File a Plan and Solicit

Acceptances Thereof (the "Motion") filed by Ronald Cohen Management Company ("RCMC"

or the "Debtor") and any responses timely filed thereto; and it appearing that due and adequate

notice of the Motion having been provided; it is, by the United States Bankruptcy Court for the

District of Maryland, hereby

**ORDERED,** that the Motion is GRANTED; and it is further

**ORDERED,** that capitalized terms not otherwise defined herein shall have the same meanings assigned to them in the Motion; and it is further

**ORDERED**, that pursuant to Bankruptcy Code section 1121(d) of the Bankruptcy Code, the Debtor's Exclusive Proposal Period is extended through and including May 26, 2015; and it is further

**ORDERED**, that pursuant to Bankruptcy Code section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Solicitation Period is extended through and including July 27, 2015; and it is further

**ORDERED**, that the extension of the Exclusive Periods granted herein is without prejudice to such further requests that may be made pursuant to section 1121 of the Bankruptcy Code.

cc:     Stephen A. Metz, Esquire
        Shulman Rogers Gandal Pordy & Ecker
        12505 Park Potomac Avenue, 6th Floor
        Potomac, MD 20854

        Leander Barnhill, Esquire
        Office of the United States Trustee
        6305 Ivy Lane, Suite 600
        Greenbelt, MD 20770

                                    **END OF ORDER**